No. 99–9664. COLLIER v. NELSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 99–9665. COOK v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 99–9666. COOPER v. NELSON, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–9676. SHEHEE v. PICKETT ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–9677. BOSSETTE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–9679. PERRY v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 99–9681. WILCOX v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 99–9683. PRUE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–9684. STARCHER v. TEXAS. Ct. App. Tex., 9th Dist. Certiorari denied.

No. 99–9686. CASEY v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 99–9688. KELLEY v. CARR ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–9690. KATHERINE L. v. SONOMA COUNTY SOCIAL SERVICES DEPARTMENT. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 99–9694. JOHNSON v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 99–9695. SMITH v. McGINNIS, SUPERINTENDENT, SOUTHPORT CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.